# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **LORRAINE CULL,** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | **CIVIL ACTION NO. 4:18-CV-4289** |
| | § | |
| **MEMORIAL HERMANN HEALTH SYSTEM,** | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Plaintiff Lorraine Cull brought this suit against Defendant Memorial Hermann Health System alleging that she was discriminated against because of her age in violation of the Age Discrimination in Employment Act and that she was retaliated against in violation of the Family and Medical Leave Act. Defendant filed a Motion for Summary Judgment. (Doc. No. 20). The Court granted this motion and dismissed all of Plaintiff's claims with prejudice on March 13, 2020.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant Memorial Hermann Health System. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 26th day of March, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE